UNITED STATES DI
Northern District
1301 Clay
Oakland, Calife

www.cand.usc

Richard W. Wieking
Clerk

TO COUNSEL:

DATE:   June 19, 2013

RE: **CV 13-02794 YGR : ROBERT J. THOMA**

BANKRUPTCY CASE NUMBER: Adversary C

The Objection/Responses to Bankruptcy C
Conclusions of Law Regarding Interpleader Trial
to this office has been assigned the above referenc



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
JUL - 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

William James Del Biaggio, III
3000 San Hill Road
Building 1, Ste. 240
Menlo Park, CA 94025

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD