1  DURIE TANGRI LLP
   RAGESH K. TANGRI (SBN 159477)
2  rtangri@durietangri.com
   JOHANNA CALABRIA (SBN 226222)
3  jcalabria@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  KELLER & BENVENUTTI LLP
   PETER J. BENVENUTTI (SBN 60566)
7  pbenvenutti@kellerbenvenutti.com
   650 California Street, Suite 1900
8  San Francisco, CA 94108
   Telephone:    415-364-6798
9  Facsimile:    650-636-9251

10
   Attorneys for Defendant
11 THOMVEST HOLDINGS LLC,
   A Delaware Limited Liability Company
12

**GRANTED**
Judge Yvonne Gonzalez Rogers
9/16/2014

13              IN THE UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                         OAKLAND DIVISION

16

17 In re:                                    Civil Case No. 4:13-cv-2794-YGR

18 WILLIAM JAMES DEL BIAGGIO, III,

                   Debtor.                   ADV. PROC. NO. 11-3191 TC
19
                                             **STIPULATED MOTION TO CORRECT
20                                           FINAL JUDGMENT PURSUANT TO FED. R.
                                             CIV. P. 60(A)**
21 ROBERT J. THOMAS,

22                 Plaintiff,

23     v.

24 WILLIAM JAMES DEL BIAGGIO, III, et al.,

25                 Defendants.

26

27

28

---

STIPULATED MOTION TO CORRECT FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 60(A)
CASE NO. 4:13-CV-2794-YGR; ADV. PROC. NO. 11-3191 TC

Defendant R. Todd Neilson, as Liquidating Trustee for Debtor William James Del Biaggio III ("Defendant Trustee") and Defendant and Counterclaimant Thomvest Holdings, LLC ("Counterclaimant Thomvest") (collectively, "Parties") hereby stipulate and agree as follows:

WHEREAS, this Court entered final judgment in this Action, on which the parties had agreed as to form, on September 4, 2014 (ECF No. 13);

WHEREAS, the agreed form of final judgment entered in this Action contained a clerical error regarding the principal amount of the Deposited Proceeds held by the Bankruptcy Court, and omitted a cross-reference to Civil Case No. 4:11-cv-5180 (a prior related action in which the Deposited Proceeds held by the District Court were initially deposited);

NOW, THEREFORE, the Parties agree and respectfully request that the Court enter the Proposed Corrected Judgment submitted herewith to correct this clerical error and omission pursuant to Federal Rule of Civil Procedure 60(a).

IT IS SO STIPULATED.

Dated:  September 10, 2014                             PACHULSKI STANG ZIEHL & JONES LLP


                                                       By: _____*/s/ John Fiero*_____
                                                                    JOHN FIERO

                                                       Attorneys for Defendant and Cross-
                                                       Defendant R. TODD NEILSON,
                                                       LIQUIDATING TRUSTEE OF THE DEL
                                                       BIAGGIO LIQUIDATING TRUST


                                                       DURIE TANGRI LLP


                                                       By: _____*/s/ Johanna Calabria*_____
                                                                  JOHANNA CALABRIA

                                                       Attorneys for Defendant
                                                       and Counterclaimant
                                                       THOMVEST HOLDINGS LLC