Richard Pachulski (CA Bar No. 90073)
John Fiero (CA Bar No. 136557)
James K.T. Hunter (CA Bar No. 73369)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: rpachulski@pszjlaw.com
        jfiero@pszjlaw.com
        jhunter@pszjlaw.com
        mmanning@pszjlaw.com

Attorneys for R. Todd Neilson, Liquidating Trustee of the
Del Biaggio Liquidating Trust

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III<br><br>Debtor<br><br>ROBERT J. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES DEL BIAGGIO, III, et al.,<br><br>Defendants. | Dist. Ct. Case No.: 4:13-cv-2794-YGR<br><br>Bankr. Ct. Adv. Proc. No. 11-03191-TC<br><br>**ORDER SHORTENING TIME FOR NOTICE AND HEARING ON TRUSTEE'S EMERGENCY MOTION FOR A STAY PENDING APPEAL TO THE NINTH CIRCUIT** |

Upon review of the Amended Administrative Motion for Order Shortening Time for Notice and Hearing on Trustee's Emergency Motion for a Stay Pending Appeal to the Ninth Circuit (the "Administrative Motion") filed on September 16, 2014 by defendant and cross-defendant R. Todd Neilson, Liquidating Trustee of the Del Biaggio Liquidating Trust (the "Trustee"), the Declaration of

Miriam Manning filed in support of the Administrative Motion, and good cause appearing for the relief requested therein,

**IT IS HEREBY ORDERED THAT:**

1. The Administrative Motion is GRANTED.

2. The time for notice of the hearing on the Trustee's Emergency Motion for Stay Pending Appeal of Judgment After Order Affirming Bankruptcy Court's Findings and for Alternate Security (the "Stay Motion") is hereby shortened. The hearing on the Stay Motion will be held on September 30, 2014 at 2:00 p.m.

3. Opposition or responses to the Stay Motion may be filed on or before 5:00 p.m. on September 24, 2014.

4. Any replies may be filed on or before September 26, 2014 at 5:00 PM.

Date: September 17, 2014

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE