1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT J. THOMAS,** | **Case No.: 13-CV-2794 YGR** |
| **Plaintiff,** | **ORDER ON TRUSTEE'S MOTION FOR STAY PENDING APPEAL** |
| **v.** | |
| **WILLIAM J. DEL BIAGGIO, III,** *et al.*, | |
| **Defendants.** | |

Now before the Court is Trustee's Emergency Motion to Stay Pending Appeal of Judgment and for Alternate Security.  (Dkt. No. 16.)  Thomvest has filed a response thereto (Dkt. No. 26) and Trustee has replied (Dkt. No. 27).  Upon due consideration of the issues and arguments presented in the briefing on the subject motion, and pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court deems this motion suitable for resolution on the papers, **VACATES** the hearing set for Tuesday, September 30, 2014, and Orders as follows:

Trustee's Motion for a stay is **GRANTED.**  The subject funds will remain in the Court's Registry unless by **NOON** on September 30, 2014, Thomvest files with the Court a notice of its intent to procure an appropriate letter of credit for the benefit and protection of the Trustee in the event the Trustee prevails on the appeal at Thomvest's sole cost.  (*See* Dkt. No. 27 at 6.)  Any such notice will advise the Court of how much time Thomvest will need to obtain the letter of credit and shall include a proposed form of order.  Any objection to the form of the proposed order shall be filed no later than 6:00 p.m. on September 30, 2014.  Upon filing of the letter of credit, the Court

will enter a subsequent Order releasing the interplead funds to Thomvest for its sole use and benefit pending the final resolution of the appeal.

**IT IS SO ORDERED**.

Date: **September 29, 2014**

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California