**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT J. THOMAS,**<br><br>         **Plaintiff,**<br><br>    vs.<br><br>**WILLIAM J. DEL. BIAGGIO, III, ET AL.,**<br><br>         **Defendants.** | **Case No.: 13-CV-2794 YGR**<br><br>**ORDER SETTING COMPLIANCE HEARING REGARDING THOMVEST'S MOTION RE: BILL OF COSTS** |

The Court, having reviewed Thomvest's motion regarding bill of costs (Dkt. No. 43) and finding no statement in response thereto, hereby requests an affirmative statement by the non-moving parties as to whether they oppose or do not oppose said motion.

Accordingly, a compliance hearing regarding non-movants' position on Thomvest's motion shall be held on Friday, January 9, 2015 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the non-movants shall file either: (a) statement of non-opposition or an opposition to said motion; or (b) a one-page statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: December 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**